# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MATTHEW DUPAQUIER

VERSUS

PRIME INSURANCE COMPANY,
GEICO, STACY WRIGHT, AND
AALMOST THERE TOWING, LLC

NO.  2019 CW 1239

DEC 2 3 2019

In Re:    Prime Insurance Company and Stacy Wright, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 670811.

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**    The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT